# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIE BANKS, JR., <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al. <br><br> Defendants. | NO. C09-5449 RBL/KLS <br><br> ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT |

Before the court is the motion of Plaintiff Willie Banks, Jr. for a sixty day extension of time within which to file his amended complaint or show cause. Dkt. 8. Mr. Banks filed his complaint on September 28, 2009, just three days after the court's deadline. The court will review the amended complaint. Therefore, the motion for extension of time (Dkt. 8) is not needed and shall be **DENIED** as moot.

DATED this 9th day of October, 2009.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge