UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE BANKS, SR.,<br><br>                  Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>                  Defendants. | No. C09-5449 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's First Amended Complaint (Dkt. 10) is **dismissed without prejudice, and the dismissal counted as a strike pursuant to 28 U.S.C. 1915 (g).**

(3) The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

DATED this 13th day of November, 2009.

                                                  /s/ Ronald B. Leighton
                                                  RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1