AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIE BANKS, SR.

      v.

STATE OF WASHINGTON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5449RBL/kls

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation.

Plaintiff's First Amended Complaint (Dkt. 10) is **dismissed without prejudice, and the dismissal counted as a strike pursuant to 28 U.S.C. 1915(g).**

| | |
|---|---|
|   November 17, 2009 |    BRUCE RIFKIN |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |